UNITED STATES DISTRICT COURT
FOR THE Western District of Texas
Criminal Division—Felony Branch

FILED

SEP -7 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Case No. 10-CR-100(02) |
| vs. | § | Judge Robert Junnell |
| | § | |
| JOSE ALFREDO PORRAS-MUNIZ | § | |

Notice of Appeal

Notice is hereby given that Jose Alfredo Porras-Muniz, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the courts ruling on pretrial motions, conviction and sentence herein.

_____

Alan Baum
4181 Sunswept Dr., Ste. 100
Studio City, CA 91604
Attorney for Jose Alfredo Porras-Muniz

Cc: Opposing Counsel: James Miller, AUSA